# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JAMES HAMMONDS, | : No. 16 WM 2015 |
| Petitioner | : |
| v. | : |
| HON. ANTHONY MARIANI, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Application for Extraordinary Relief is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.